IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FELICIA HOLBROOK,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:16-CV-01012
CRIM. NO. 2:15-CR-252
JUDGE MICHAEL H. WATSON
Magistrate Judge Elizabeth A. Preston Deavers

## OPINION AND ORDER

On November 1, 2016, the Magistrate Judge issued an *Order and Report and Recommendation* pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings in the United States District Courts recommending that the instant *Motion to Vacate under 28 U.S.C. § 2255* (ECF No. 32) be dismissed and denying Petitioner's request for the appointment of counsel. (ECF No. 33.) Petitioner has filed an *Objection* to the Magistrate Judge's *Order and Report and Recommendation*. (ECF No. 35.)

Petitioner again argues that she should be granted a reduction in her sentence based upon her minor role in the offense pursuant to Amendment 794 to the United States Sentencing Guidelines, under U.S.S.G. § 3B1.2.

Pursuant to 28 U.S.C. 636(b), this Court has conducted a de novo review. For the reasons already well detailed in the Magistrate Judge's *Order and Report and Recommendation*, Petitioner's *Objection* (ECF No. 35) is **OVERRULED**. The *Order and Report and Recommendation* is **ADOPTED** and **AFFIRMED**. The record fails to reflect a basis for relief.

This action is hereby **DISMISSED.**

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON
United States District Judge